IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTT A. FRYE, AIS # 00278148, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JEFFERSON S. DUNN, )<br>Commissioner, Alabama )<br>Department of Corrections, )<br>)<br>Respondent. ) | CIVIL ACTION NO. 14-00192-CG-N |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C) and Rule 8(b) of the Rules Governing Section 2254 Cases in the United States District Courts, and dated May 4, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Petitioner's petition for habeas corpus relief under 28 U.S.C. § 2254 (Doc. 1) is **DENIED**, that this action is **DISMISSED with prejudice**, and that Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.[1]

**DONE and ORDERED** this 19th day of May, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The Petitioner's Motion for Report and Recommendation docketed October 7, 2014 (Doc. 7) is **DENIED as moot**.