# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SCOTT A. FRYE, AIS # 00278148,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 14-00192-CG-N** |
| ) | |
| **JEFFERSON S. DUNN,** ) | |
| Commissioner, Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against the Petitioner, that this action under 28 U.S.C. § 2254 is **DISMISSED with prejudice**, and that the Petitioner is not entitled to a certificate of appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 19th day of May, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE